AO 120 (Rev.3/04)

| TO:          Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290  and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>07cv2145 H(POR) | DATE FILED<br><br>11/8/2007 | U.S. DISTRICT COURT<br><br>Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>Brandon Walsh dba So Cal Installs | | DEFENDANT<br><br>HD Install Solutions, Inc., et al |

| **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** |
|---|---|---|
| 1      See Attached | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>☐ Amendment   ☐ Answer    ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** | **PATENT OR<br>TRADEMARK NO.** |
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK<br><br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |