# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1940 Garnet Avenue, Suite 230, San Diego, California 92109.

I hereby certify that on November 13, 2007, I served **HD INSTALL SOLUTIONS, INC.'s ANSWER TO SO CAL INSTALLS' COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** on the following participants by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Todd Atkins, Esq.  *Attorneys for Plaintiff*
Atkins & Davidson  Brandon Walsh dba SO CAL INSTALLS
450 B Street, Suite 1430
San Diego, California 92101

    X   (By Mail): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

    X   (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED ON November 13, 2007 at San Diego, California

_____
Patti Windham