UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WALSH dba SO CAL INSTALLS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HD INSTALL SOLUTIONS, INC., a California corporation; SO CAL INSTALL; ENRIQUE E. SANTOYO, as an individual; BRYAN AYLWARD, as an individual and DOES 1-20 inclusive,<br><br>　　　　　　　　　　　Defendants. | Civil No.   07cv2145-H (POR)<br><br>**ORDER REGARDING RULE 26 DATES** |

On January 2, 2008, the Court held an Early Neutral Evaluation. Todd Atkins, counsel for Plaintiff, appeared along with Plaintiff Brandon Walsh. John Kim, counsel for Defendants, appeared along with Defendant Enrique Santoyo, a representative of Defendants HD Install Solutions, Inc. and So Cal Install. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **February 4, 2008**.
2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **February 15, 2008**.
3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **February 22, 2008**.
4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference

shall be held on **February 26, 2008** at **9:30 a.m.**  The conference shall be <u>in person</u>, with <u>attorneys only</u>.

5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: January 3, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Marilyn L. Huff
      all parties