UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WALSH dba SO CAL INSTALLS,<br><br>Plaintiff,<br><br>v.<br><br>HD INSTALL SOLUTIONS, INC., a California corporation; SO CAL INSTALL; ENRIQUE E. SANTOYO, as an individual; BRYAN AYLWARD, as an individual and DOES 1-20 inclusive,<br><br>Defendants. | Civil No.   07cv2145-H (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On February 25, 2008, counsel for all parties contacted the Court and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Case Management Conference scheduled on February 26, 2008 is hereby VACATED.

2. A Joint Motion for Dismissal shall be submitted to the Honorable Marilyn L. Huff on or before **March 20, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

3. If a Joint Motion for Dismissal is not submitted on or before March 20, 2008, then a Settlement Disposition Conference shall be held on **March 21, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.

1    Plaintiff's counsel shall initiate and coordinate the conference call.

2    4.   If a Joint Motion for Dismissal is received on or before March 20, 2008, the

3    Settlement Disposition Conference shall be VACATED without further court order.

DATED: February 27, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Marilyn L. Huff
        all parties