1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10   BRANDON WALSH dba SO CAL                  Civil No.    07cv2145-H (POR)
     INSTALLS,
11
                                   Plaintiff,  **ORDER RESCHEDULING
12                                             SETTLEMENT DISPOSITION
                        v.                     CONFERENCE**
13
     HD INSTALL SOLUTIONS, INC., a
14   California corporation; SO CAL INSTALL;
     ENRIQUE E. SANTOYO, as an individual;
15   BRYAN AYLWARD, as an individual and
     DOES 1-20 inclusive,
16
                                   Defendants.
17

18        On March 20, 2008, counsel for Plaintiff contacted the Court and requested that the

19   Settlement Disposition Conference be rescheduled because additional time is necessary to submit

20   the Joint Motion for Dismissal. Accordingly, IT IS HEREBY ORDERED:

21        1.    A Joint Motion for Dismissal shall be submitted to the Honorable Marilyn L. Huff on

22              or before **April 3, 2008.**  A courtesy copy shall be delivered to the chambers of the

23              Honorable Louisa S Porter by fax to (619) 702-9925 or email to

24              efile_porter@casd.uscourts.gov.

25        2.    If a Joint Motion for Dismissal is not submitted on or before April 3, 2008, then a

26              Settlement Disposition Conference shall be held on **April 4, 2008,** at **9:30 a.m.**

27              before Judge Porter.  The conference shall be telephonic, with attorneys only.

28              Plaintiff's counsel shall initiate and coordinate the conference call.

- 1 -                                         07cv2145-H (POR)

1    3.    If a Joint Motion for Dismissal is received on or before April 3, 2008, the Settlement

2    Disposition Conference shall be VACATED without further court order.

3
DATED:  March 27, 2008

4

5    _____
     LOUISA S PORTER

6    United States Magistrate Judge

7

8  cc:    The Honorable Marilyn L. Huff
          all parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28