1    TODD C. ATKINS (State Bar No. 208879)
      ATKINS & DAVIDSON
2    450 B Street, Suite 1430
      San Diego, CA 92101
3    Telephone: (619) 231-4725
      Facsimile: (619) 231-4984
4

5    Attorneys for Plaintiff
      BRANDON WALSH dba SO CAL INSTALLS
6

7    JOHN M. KIM (State Bar No. 188997)
      IP LEGAL ADVISORS, P.C.
8    1940 Garnet Ave., Suite 230
      San Diego, CA 92109
9    Telephone: (858) 272-0220
      Facsimile: (858) 272-0221
10

11   Attorneys for Defendants
     HD INSTALL SOLUTIONS, INC.; ENRIQUE E. SANTOYO; and BRYAN AYLWARD

12                 UNITED STATES DISTRICT COURT

13             SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| BRANDON WALSH dba SO CAL INSTALLS, | Case No.: 3:07-cv-2145 |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HD INSTALL SOLUTIONS, INC., a California corporation; SO CAL INSTALL; ENRIQUE E. SANTOYO, as an individual; BRYAN AYLWARD, as an individual and DOES 1-20, inclusive, | |
| Defendants. | |

Plaintiff BRANDON WALSH dba SO CAL INSTALLS and Defendants HD

INSTALL SOLUTIONS, INC.; ENRIQUE E. SANTOYO; and BRYAN AYLWARD (collectively

"Defendants") have resolved all matters in controversy between them and have entered into a

settlement. By way of this motion and pursuant to Rule 41 of the Federal Rules of Civil Procedure,

the parties request that this Court dismiss with prejudice all claims and causes of action of Walsh that were asserted or could have been asserted herein, with the parties to bear their own respective costs and attorneys' fees.

WHEREFORE, for these reasons, Walsh and Defendants respectfully request that this Court grant this motion in its entirety.

DATED: April __2__, 2008          By: _____
                                       TODD C. ATKINS
                                       Attorney for Plaintiff

DATED: April __3__, 2008          By: _____
                                       JOHN M. KIM
                                       Attorney for Defendants

1

## --PROOF OF SERVICE

2      I am employed in the County of San Diego, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is 1940 Garnet Avenue, Suite
3  230, San Diego, California 92109.

4

        I hereby certify that on April 3, 2008, I served a **JOINT MOTION FOR DISMISSAL**
5  **WITH PREJUDICE** on the following participants by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

6

Todd Atkins, Esq.                          ***Attorneys for Plaintiff***
7  Atkins & Davidson                          Brandon Walsh dba SO CAL INSTALLS
   450 B Street, Suite 1430
8  San Diego, California 92101

9

10     X    (By Mail):  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the
11  U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is
12  presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.
13

14     X    (Federal):  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
15

16  EXECUTED ON April 3, 2008 at San Diego, California

17                                              _____
18                                                    Michael W. Jean

19

20

21

22

23

24

25

26

27

28

1                                              Proof of Service