**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON WALSH dba SO CAL INSTALLS,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>HD INSTALL SOLUTIONS, INC., a California corporation; SO CAL INSTALL; ENRIQUE E. SANTOYO, as an individual; BRYAN AYLWARD, as an individual and DOES 1-20, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. 07-CV-2145 H (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 10.] |

On April 4, 2008, the parties filed a joint motion to dismiss with prejudice this action pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. No. 10.) The Court grants the joint motion and orders this action dismissed as follows:

(1) Plaintiff Brandon Walsh's claims and causes of action are dismissed in their entirety with prejudice; and

(2) each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 8, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

- 1 -　　　　　　　　　　　　　　　　　07cv2145